Filing Fee $35

# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth

**Declaration of Homestead for Homes Owned by Trustee(s)** *(General Laws Chapter 188)*

Bk: 54179 Pg: 351
Page: 1 of 2   08/19/2015 02:31 PM   WD
2015 00084780

1. ☒ I, __Nicholas J. Fiorillo__, Trustee
   *(insert name of owner)*

   ☐ We, _____,
   *(insert name of owners)*

   _____, Trustees

   of certain trust __49 Olde Colony Drive Realty Trust__
   *(trust name)*

   dated __6/24/09__ and recorded __44475__ and __185__
   *(date)*         *(book)*      *(page)*

   hereby declare homestead pursuant to M.G.L. c.188 and state that I/we own the home described below and which the beneficiaries listed herein occupy or intend to occupy as his/her/their principal residence:

## Beneficiary Information

2. Enter beneficiary name(s): __Tracy Krowel__
   *(insert beneficiary name(s))*

3. Check all that apply and enter beneficiary name(s):

   ☐ _____ is/are elderly (62 years of age or older).
   *(insert beneficiary name(s))*

   ☐ _____
   *(insert beneficiary name(s))*

   is/are disabled (have a physical or mental impairment that meets the disability requirements for Supplemental Security Income under 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C). One of the following must be attached: 1) an original or certified copy of a disability award letter issued to the person by the United States Social Security Administration, or 2) a letter signed by a physician registered with the board of registration in medicine certifying that each person meets the disability requirements stated in 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C).

   ☐ I/we, _____
   *(insert name (s))*

   am/are servicemember(s) who may be subject to protection under the servicemember(s) Civil Relief Act, 50 U.S.C. App 533, should I/we be called to active duty.

4. For each applicable beneficiary, complete one statement. Attach additional page(s) as necessary.

   ☒ __Tracy Krowel__ is married to __Nicholas J. Fiorillo__
   who is not a co-owner of the home but who occupies or intends to occupy the home as his/her principal residence.

   ☐ _____ is married to _____
   who is not a co-owner of the home but who occupies or intends to occupy the home as his/her principal residence.

## Home Information

5. Address: __49 Olde Colony Drive, Shrewsbury__, Massachusetts.
   *(street number and name, city/town)*

Declaration of Homestead for Homes Owned by Trustee(s) - Page 1 of 2

EXHIBIT B

(over)

6. Select ONE of the following:

☒ Deed is recorded in __Worcester County__ Registry of Deeds in __44475__ and __190__
          (district/county)                                             (book)            (page)

☐ Certificate of Title _____ registered in the Land Registration Office _____ and _____
                    (number)                                                    (book)            (page)

☐ Inheritance from _____, Docket number
                (name of previous owner)

_____ in _____.
        (number)                                              (county)

☐ For manufactured homes, license number _____.
                                                    (number)

7. I/we, the trustee(s) whose name(s) are signed on this document, acknowledge that I/we sign it voluntarily for its stated purpose.

**To be signed by Applicant(s) in front of Notary Public.**

Signed under pains and penalties of perjury this

__19th__ day of __August__, 20__15__.

_[signature]_ as Trustee
Nicholas J Fiorillo

**For Use by Notary Public Only:**

### COMMONWEALTH OF MASSACHUSETTS

__Worcester__, ss.

__August 19__, 20__15__, before me, the undersigned notary public, personally appeared
__Nicholas J Fiorillo__,
(name(s) of the document signer(s))

proved to me through satisfactory evidence of identification, which were __MA Drivers License__,
                                                                    (drivers license, passport, etc.)

to be the person(s) who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) (their) knowledge and belief.

Notary Public: _[signature]_
My commission expires: __10/8/2021__