# 1585CV01426 Krowel, Tracy et al vs. Arcuri, Santo et al

| | | | |
|---|---|---|---|
| **Case Type** | Equitable Remedies | **Case Status** | Open |
| **Status Date:** | 09/03/2015 | **File Date** | 09/03/2015 |
| **Case Judge:** | | **DCM Track:** | A - Average |
| **Next Event:** | | | |

| All Information | Party | Subsequent Action/Subject | Event | Tickler | Docket | Disposition |

## Party Information

**Krowel, Tracy** - Plaintiff

**Alias**

| Attorney/Bar Code | Phone Number |
|---|---|
| Sanchez, Jr., Esq., Israel M (546217) | |

More Party Information

**Fiorillo, Nicholas** - Plaintiff

**Alias**

| Attorney/Bar Code | Phone Number |
|---|---|
| Sanchez, Jr., Esq., Israel M (546217) | |

More Party Information

**Arcuri, Santo** - Defendant

**Alias**

| Attorney/Bar Code | Phone Number |
|---|---|
| Carter, Esq., Evans J (076560) | |

More Party Information

**Paul E. Saperstein Co.,Inc.** - Defendant

**Alias**

| Attorney/Bar Code | Phone Number |
|---|---|

More Party Information

## Subsequent Action/Subject

| SA/Subject # | Description | Status | Status Date | Pleading Party | Responding Party | Judgments |
|---|---|---|---|---|---|---|
| 1 | Counterclaim | Open | 09/17/2015 | Arcuri, Santo | Fiorillo, Nicholas | 0 |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/10/2015 02:00 PM | Civil B | WOR-4th FL, CR19 (SC) | Hearing on Preliminary Injunction | Ricciardone, Hon. David | Held - Under advisement |

**EXHIBIT C**

## Ticklers

| Tickler | Start Date | Days Due | Due Date | Completed Date |
|---|---|---|---|---|
| Service | 09/03/2015 | 90 | 12/02/2015 | |
| Answer | 09/03/2015 | 123 | 01/04/2016 | |
| Rule 12/19/20 Served By | 09/03/2015 | 120 | 01/01/2016 | |
| Rule 12/19/20 Filed By | 09/03/2015 | 151 | 02/01/2016 | |
| Rule 12/19/20 Heard By | 09/03/2015 | 180 | 03/01/2016 | |
| Rule 15 Served By | 09/03/2015 | 420 | 10/27/2016 | |
| Rule 15 Filed By | 09/03/2015 | 452 | 11/28/2016 | |
| Rule 15 Heard By | 09/03/2015 | 452 | 11/28/2016 | |
| Discovery | 09/03/2015 | 720 | 08/23/2017 | |
| Rule 56 Served By | 09/03/2015 | 750 | 09/22/2017 | |
| Rule 56 Filed By | 09/03/2015 | 781 | 10/23/2017 | |
| Final Pre-Trial Conference | 09/03/2015 | 900 | 02/19/2018 | |
| Judgment | 09/03/2015 | 1096 | 09/03/2018 | |
| Under Advisement | 09/10/2015 | 30 | 10/10/2015 | 09/14/2015 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 09/03/2015 | Verified Original civil complaint filed. | 2 |
| 09/03/2015 | Civil action cover sheet filed. | 1 |
| 09/03/2015 | Demand for jury trial entered. | |
| 09/03/2015 | Appearance entered<br>On this date Israel M Sanchez, Jr., Esq. added for Plaintiff Tracy Krowel | |
| 09/03/2015 | Appearance entered<br>On this date Israel M Sanchez, Jr., Esq. added for Plaintiff Nicholas Fiorillo | |
| 09/03/2015 | Case assigned to:<br>DCM Track A - Average was added on 09/03/2015 | |
| 09/03/2015 | Plaintiff(s) Tracy Krowel, Nicholas Fiorillo Individually and as trustee of The 49 Olde Colony Drive Realty Trust's EMERGENCY, EX PARTE Motion for<br>Injunctive Relief and Memorandum | 3 |
| 09/03/2015 | Endorsement on Motion for injunctive relief (#3.0): ALLOWED<br>After hearing and in consideration of the order of the Bankruptcy Court as well as the alleged non-compliance with Mass Statutes regarding the Homestead Act and auctions, the court concludes that there is an adequate showing for the injunctive relief sought. Accordingly, this ex parte motion for a TRO is ALLOWED. The defendants are temporarily restrained until further order of the court from selling at auction or otherwise the real estate located at 49 Olde Colony Drive, Shrewsbury, Ma. A hearing on the potential issuance of preliminary injunction shall be held on Thursday September 10, 2015 at 2:00pm in this session. So ordered. Notices mailed 9/4/15 | |
| 09/10/2015 | Matter taken under advisement<br>The following event: Hearing on Preliminary Injunction scheduled for 09/10/2015 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement<br>Appeared: | |
| 09/10/2015 | | 4 |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| | Tracy Krowel, Nicholas Fiorillo Individually and as trustee of The 49 Olde Colony Drive Realty Trust's Memorandum in support of<br>Maintaining Injunctive Relief against Defendants Filed In Court | |
| 09/10/2015 | Opposition to paper #3.0 Plaintiff's Ex Parte Motion for Temporary Restraining Order and Request for Preliminary Injunction filed by<br>Filed In Court | 5 |
| 09/10/2015 | Appearance entered<br>On this date Evans J Carter, Esq. added for Defendant Santo Arcuri | |
| 09/14/2015 | Endorsement on Motion for injunctive relief (#3.0): Other action taken<br>After further hearing and argument from both sides, the court is not convinced of the merits of Plaintiffs' claims in light of Judge Wrenn's decision at issue here. Accordingly, my order of 9/3/15 is VACATED.<br>Notices mailed 9/14/15 | |
| 09/17/2015 | Counterclaim filed. | 6 |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |