**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Tracy Krowel | Chapter<br>15–41826<br>Judge Christopher J. Panos |

## NOTICE OF FILING OF APPEAL TO BANKRUPTCY APPELLATE PANEL

A Notice of Appeal in the above case/proceeding was filed on **OCTOBER 21, 2015** and has been forwarded to the Bankruptcy Appellate Panel. Appellees have 30 days from the date of the service of this notice to file an election with the Bankruptcy Appellate Panel to have the matter transferred to the United States District Court.

Please refer to 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure 8001 et seq. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within fourteen (14) days of the filing of the:

      1. Notice of Appeal, or
      2. Entry of an Order granting leave to appeal, or
      3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within fourteen (14) days after service of the Appellant's Designation and Statement.

Upon the filing of the Designation of Record and Statement of Issues on Appeal, and after expiration of the fourteen (14) day period for the Appellee to file a Designation of Additional Papers, the Clerk's Office will forward the documents designated by the parties to the Bankruptcy Appellate Panel electronically.

If a party to the appeal designates any sealed document to be part of the record on appeal, that party must file a motion with the court where the appeal is pending requesting that court to accept the sealed document. If the motion is granted, the movant must notify the bankruptcy court of the ruling. See Fed. R. Bankr. P. 8009(f).

It is the duty of the parties to order a transcript of the proceedings or relevant parts thereof. If no transcript is ordered, the parties must also advise the court by filing "Certificate of No Transcript Ordered." See Fed. R. Bankr. P. 8010(b).

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

| | |
|---|---|
| Date:10/22/15 | James M. Lynch<br>Clerk, U.S. Bankruptcy Court |
| | By the Court, |
| | <u>Janet Keller</u><br>Deputy Clerk<br>(508) 770– 8946 |